UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO VILLEGAS JIMENEZ,<br><br>　　　　　　　　Defendant. | Case No. 11CR4524-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant ANTONIO VILLEGAS JIMENEZ.

**IT IF FURTHER ORDERED** that defendant ANTONIO VILLEGAS JIMENEZ be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

DATED: November 4, 2011

　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge